## Schmitt, Appellant, *v.* Bilsing.

OPINION BY TREXLER, J., July 13, 1917:

This case was tried at the same time as the case of Schmitt, Receiver, v. Burns, Fleming & Company, No. 115, April Term, 1917. Precisely the same questions are involved.

The judgment is affirmed.